507 A.2d 387

**Glenn M. BOBAK, Petitioner,**

v.

**ALLSTATE INSURANCE COMPANY.**

Supreme Court of Pennsylvania.

April 9, 1986.

Petition for Allowance of Appeal GRANTED, No. 29 W.D. Appeal Docket 1986.